UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES and MAUREEN ORR, husband and wife,

                              Plaintiffs,      **ELECTRONICALLY FILED**

   -against-                              **Civil Case No.: 7:07-CV-08388-SCR**

RED HOOK CENTRAL SCHOOL DISTRICT BOARD
OF EDUCATION; RED HOOK CENTRAL SCHOOL
DISTRICT; RED HOOK HIGH SCHOOL; BRUCE T.
MARTIN, individually and as Interim Superintendent
of the District; PAUL FINCH, individually and as
Superintendent of the District; JOSEPH DeCARO,
individually and as Director of Pupil Personnel Services
of the District; and ROY PAISLEY, individually and as
Principal of the High School,

                              Defendants.

---

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 7, 2007, I electronically filed the foregoing Answer with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    1.     Michael C. Pelletier, Esq., Attorney for Plaintiffs, at pellchesnj@aol.com.


                                                      /S/ Loretta M. Glogowski
                                                      Loretta M. Glogowski for
                                                      Gregg T. Johnson, Esq. (GJ3348)