UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JAMES and MAUREEN ORR, husband and wife,

                                          Plaintiffs,     **ELECTRONICALLY FILED**

-against-                                  **Civil Case No.: 7:07-CV-08388-SCR**

RED HOOK CENTRAL SCHOOL DISTRICT BOARD
OF EDUCATION; RED HOOK CENTRAL SCHOOL
DISTRICT; RED HOOK HIGH SCHOOL; BRUCE T.
MARTIN, individually and as Interim Superintendent
of the District; PAUL FINCH, individually and as
Superintendent of the District; JOSEPH DeCARO,
individually and as Director of Pupil Personnel Services
of the District; and ROY PAISLEY, individually and as
Principal of the High School,

                                          Defendants.
_____

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

| | |
|---|---|
| Defendant | Red Hook Central School District Board of Education; |
| Defendant | Red Hook Central School District; |
| Defendant | Red Hook High School; |
| Defendant | Bruce T. Martin; |
| Defendant | Paul Finch; |
| Defendant | Joseph DeCaro; and |
| Defendant | Roy Paisley. |

    I certify that I am admitted to practice in this court.

DATED:     January 28, 2008

1

GIRVIN & FERLAZZO, P.C.

By: _____
Scott P. Quesnel
Bar Roll No.: SQ6461
Attorneys for Defendants
Office and P.O. Address
20 Corporate Woods Blvd.
Albany, New York 12211
Tel:   (518) 462-0300
Fax:   (518) 462-5037
Email: gtj@girvinlaw.com

TO:   MICHAEL C. PELLETIER, ESQ.
Bar Roll No.: MP4238
Attorney for Plaintiffs
31 Fairmount Ave., Ste. 104
P.O. Box 700
Chester, New Jersey  07930
Tel:   (908) 879-6600
Fax:   (908) 879-6677
Email: pellchesnj@aol.com