UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES and MAUREEN ORR, husband and wife,

                              Plaintiffs,

        -against-                              **Civil Case No.:  7:07-CV-08388-SCR**

RED HOOK CENTRAL SCHOOL DISTRICT BOARD
OF EDUCATION; RED HOOK CENTRAL SCHOOL
DISTRICT; RED HOOK HIGH SCHOOL; BRUCE T.
MARTIN, individually and as Interim Superintendent
of the District; PAUL FINCH, individually and as
Superintendent of the District; JOSEPH DeCARO,
individually and as Director of Pupil Personnel Services
of the District; and ROY PAISLEY, individually and as
Principal of the High School,

                              Defendants.

---

## CERTIFICATE OF SERVICE

        I hereby certify that on January 29, 2008, I electronically filed the foregoing Notice of

Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification

of such filing to the following:

        1.        Michael C. Pelletier, Esq., Attorney for Plaintiffs, at pellchesnj@aol.com.


                              Loretta M. Glogowski for
                              Scott P. Quesnel, Esq.
                              Bar Roll No.:  SQ6461


1