UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES and MAUREEN ORR, husband and wife,

                              Plaintiffs,    **ELECTRONICALLY FILED**

   -against-                              **Civil Case No.: 7:07-CV-08388-SCR**

RED HOOK CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION; RED HOOK CENTRAL SCHOOL DISTRICT; RED HOOK HIGH SCHOOL; BRUCE T. MARTIN, individually and as Interim Superintendent of the District; PAUL FINCH, individually and as Superintendent of the District; JOSEPH DeCARO, individually and as Director of Pupil Personnel Services of the District; and ROY PAISLEY, individually and as Principal of the High School,

                              Defendants.

---

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

| | |
|---|---|
| Defendant | Red Hook Central School District Board of Education; |
| Defendant | Red Hook Central School District; |
| Defendant | Red Hook High School; |
| Defendant | Bruce T. Martin; |
| Defendant | Paul Finch; |
| Defendant | Joseph DeCaro; and |
| Defendant | Roy Paisley. |

    I certify that I am admitted to practice in this court.

DATED:    April 25, 2008

GIRVIN & FERLAZZO, P.C.

By:__/s/_____
      Jacinda H. Conboy
      Bar Roll No.:  JH2826
Attorneys for Defendants
Office and P.O. Address
20 Corporate Woods Blvd.
Albany, New York 12211
Tel:   (518) 462-0300
Fax:   (518) 462-5037
Email: jhc@girvinlaw.com

TO:   MICHAEL C. PELLETIER, ESQ.
      Bar Roll No.:  MP4238
      Attorney for Plaintiffs
      31 Fairmount Ave., Ste. 104
      P.O. Box 700
      Chester, New Jersey   07930
      Tel:   (908) 879-6600
      Fax:   (908) 879-6677
      Email: pellchesnj@aol.com