UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
----------------------------------------

JAMES and MAUREEN ORR,
husband and wife,

          Plaintiffs,          No. 07 Civ. 8388 (SCR)(MCF)

  -against-

                              **ORDER OF DISMISSAL**

RED HOOK CENTRAL SCHOOL
DISTRICT BOARD OF EDUCATION,
et al.,

          Defendants.
----------------------------------------

      The parties through counsel having appeared for a conference before the Court on April 25, 2008; counsel to plaintiffs having advised the Court that plaintiffs, due to extenuating family circumstances, had determined to dismiss this action voluntarily;

      NOW, THEREFORE, on motion of plaintiffs, on this 30th day of May, 2008, it is hereby:

      ORDERED, pursuant to FRCP 41(a)(2), that this action is dismissed without prejudice and without costs or fees to either side.

                                              _____
                                        U.S.M.J.    MARK D. FOX
                                                    United States Magistrate Judge
VOLUNTARILY REQUESTED AND       Southern District of New York
CONSENTED TO IN FORM AND SUBSTANCE:

_____       _____
James Orr, Plaintiff                                 Maureen Orr, Plaintiff

OrrRedHookOrder1

                                       USDC SDNY
                                       DOCUMENT
                                       ELECTRONICALLY FILED