UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES and MAUREEN ORR, husband and wife,

                        Plaintiffs,

-against-                        Civil Case No.: 7:07-CV-08388-SCR

RED HOOK CENTRAL SCHOOL DISTRICT BOARD
OF EDUCATION; RED HOOK CENTRAL SCHOOL
DISTRICT; RED HOOK HIGH SCHOOL; BRUCE T.
MARTIN, individually and as Interim Superintendent
of the District; PAUL FINCH, individually and as
Superintendent of the District; JOSEPH DeCARO,
individually and as Director of Pupil Personnel Services
of the District; and ROY PAISLEY, individually and as
Principal of the High School,
                        Defendants.

## STIPULATION OF DISCONTINUANCE

***It is hereby stipulated and agreed***, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the Plaintiffs' above-entitled action be, and the same hereby is discontinued without prejudice as to all Defendants, Red Hook Central School District Board of Education, Red Hook Central School, Red Hook High School, Bruce T. Martin, Paul Finch, Joseph DeCaro, and Roy Paisley, and without costs to either party as against the other. Defendants specifically reserve their rights to pursue attorneys fees in the event that a new action is commenced by the Plaintiffs on facts similar to the facts as alleged in this action. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 29, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

GIRVIN & FERLAZZO, P.C.

_____        _____
Gregg T. Johnson, Esq.                        Michael C. Pelletier, Esq.
Attorneys for Defendants                     Attorney for Plaintiffs
20 Corporate Woods Blvd., 2nd fl.         31 Fairmount Avenue, Suite 104
Albany, NY 12211                            P.O. Box 700
(518) 462-0300                               Chester, New Jersey 07930
                                                908-879-6600

MARK D. FOX
United States Magistrate Judge
Southern District of New York